☒ FILED    ☐ LODGED

**Jul 01 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

DaJuan Williams #124345
Arizona State Prison Complex-Eyman
P.O.Box 3400/SMU II
Florence, Az 85132
Plaintiff, Pro Se

United States District Court

District of Arizona

DaJuan Williams,

Plaintiff,

Vs

County of Yuma #2, et al.,

Defendants.

No. _____

CV -22-1118-PHX-MTL (CDB)

Plaintiff's Motion for Leave to Exceed Page Limit By 7 pages

Plaintiff brings this action against the County of Yuma stating 6 Counts and naming 88 defendants. Plaintiff's complaint is a total of 28 pages, which is 7 pages over the 21 page limit set for prisoner's complaints however, Plaintiff's actual claims are stated over 22 pages. Plaintiff asserts that the excess pages are necessary in the interest of Justice and is not taken in bad faith.

Plaintiff Respectfully Request to be granted Leave to exceed the page limit By 7 pages and to be allowed to file a 28 page original complaint.

Respectfully Submitted June 30, 2022

By _____

DaJuan Williams #124345, Plaintiff, Pro Se

Handed to Prison officials for E-file on June 30, 2022.

1 of 1